IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONATHON SHARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DAVID CERTO, ) | Cause No. 1:09-cv-1127-RLY-DML |
| ) | |
| Defendant. ) | |

**Defendant Judge Certo's Motion to Strike**
**the Plaintiff's Motion to Show Cause**

Defendant, Judge David Certo, by counsel, Alexander Will, now files his Motion to Strike the Plaintiff's Motion to Show Cause and, in support thereof, state as follows:

1. On or about September 8, 2009, Plaintiff filed his Complaint with this Court. (Dkt. No. 1.)

2. Thereafter, on October 15, 2009, the Plaintiff filed an amendment to that Complaint. (Dkt. No. 7.)

3. On or about July 23, 2010, the Plaintiff filed a Motion to Show Cause. (Dkt. No. 35.)

4. In his motion, the Plaintiff's Motion now asks that the Defendant be required to show cause so "that no legal action is taken against them by this Court and/or the US Attorney's Office…." *Id.*

5. The Plaintiff's Motion to Show Cause was filed unsigned. *Id.* at 3.

6. Pursuant to Federal Rule of Civil Procedure 11(a), all written motions before the Court "must be signed by at least one attorney of record…or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).

1

7. If a motion is unsigned, "[t]he Court **must** strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention. *Id*. (emphasis supplied).

8. As a result, this Court should strike the Plaintiff's Motion to Strike, (Dkt No. 35), for failure to contain a signature of an attorney of record or a party to this matter.

WHEREFORE, Defendant Judge David Certo respectfully requests that this Court GRANT the Defendant's Motion to Strike and strike the Plaintiff's Motion to Show Cause, (Dkt. No. 35), and for all other just and proper relief in the premises.

Respectfully Submitted,

/s/ Alexander Will
Alexander Will (23474-49)
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: awill@indygov.org

Attorney for Defendant Judge David Certo

**Certificate of Service**

      I hereby certify that a copy of the foregoing has been duly served upon all parties listed below, by United States mail, first-class, postage prepaid on this 6th day of August, 2010.

Jonathan Sharkey
5470 East Busch Blvd. #192
Temple Terrace, Florida 33617

                                                  s/ Alexander Will
                                                  Alexander Will (23474-49)
                                                  Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968